UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ANGELA GAYE SMITH, ET AL

VERSUS

WINNEBAGO INDUSTRIES, INC., ET AL.

CIVIL ACTION

NO. 17-122-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated May 15, 2017 (doc. no. 15) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion (doc. no. 9) is GRANTED to the extent it seeks dismissal of this action for improper venue. Further, this matter is DISMISSED WITHOUT PREJUDICE pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure.

Baton Rouge, Louisiana, June 6, 2017.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA